**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 22-6834**

———————

JAMES DAVID NANNEY,

          Plaintiff - Appellant,

   v.

ERIK A. HOOKS,

          Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:19-cv-00215-MR)

———————

Submitted:  November 17, 2022               Decided:  November 23, 2022

———————

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James David Nanney, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

James David Nanney appeals the district court's order denying his motion to refile his 42 U.S.C. § 1983 complaint and for a change of venue.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Nanney v. Hooks*, No. 1:19-cv-00215-MR (W.D.N.C. filed July 9, 2022 & entered July 11, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*